AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| VESTEY GROUP LIMITED | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-01456-TFH |
| BOLIVARIAN REPUBLIC OF VENEZUELA | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

VESTEY GROUP LIMITED .

Date: 02/10/2020

/s/ Cameron Russell
*Attorney's signature*

Cameron Russell NY0321
*Printed name and bar number*

Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022
*Address*

cameron.russell@freshfields.com
*E-mail address*

(212) 277-4000
*Telephone number*

(212) 277-4001
*FAX number*