**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VESTEY GROUP LIMITED, <br><br>                      Petitioner, <br><br>      v. <br><br> BOLIVARIAN REPUBLIC OF <br> VENEZUELA, <br><br>                  Respondent. | Civil Action No. 1:18-cv-01456-TFH |

**RESPONDENT BOLIVARIAN REPUBLIC OF VENEZUELA'S**
**CONSENT MOTION FOR EXTENSION OF STAY**

         Respondent Bolivarian Republic of Venezuela (the "Republic") respectfully moves the Court, with the consent of Petitioner, for an extension of the stay in this action until September 17, 2020 to allow the parties to complete the documentation of a tentative agreement for the resolution of this matter.  The Republic submits the following in support of its motion:

1.       On July 17, 2020, the Court ordered the Republic to advise the Court by August 6, 2020 whether it intends to enter an appearance in the above-captioned case;

2.       Counsel for the Republic entered their appearances on August 6, 2020 and August 10, 2020 (ECF Nos. 16, 21-22);

3.       On August 6, 2020, the Court approved the Republic's first consent motion for a stay until August 27, 2020;

4.       The parties are continuing to discuss the terms of an agreement they have tentatively reached for the resolution of this matter; and

5.     Petitioner has consented to the Republic's requested stay.

Accordingly, the Republic respectfully requests that the Court grant a stay of all proceedings in this case until September 17, 2020.

| | |
|---|---|
| */s/ Joseph E. Neuhaus* | */s/ Judson O. Littleton* |
| Joseph E. Neuhaus (*pro hac vice*) | Judson O. Littleton |
| Sergio J. Galvis | (D.C. Bar No. 1027310) |
| James L. Bromley (*pro hac vice*) | SULLIVAN & CROMWELL LLP |
| SULLIVAN & CROMWELL LLP | 1700 New York Avenue, N.W. Suite 700 |
| 125 Broad Street | Washington, District of Columbia, 20006 |
| New York, New York 10004 | Telephone: (202) 956-7500 |
| Telephone:  (212) 558-4000 | Facsimile:  (202) 293-6330 |
| Facsimile:  (212) 558-3588 | |
| neuhausj@sullcrom.com | |
| galviss@sullcrom.com | |
| bromleyj@sullcrom.com | |
| | *Attorneys for Respondent Bolivarian Republic of Venezuela* |
| Dated:  August 27, 2020 | |
|          New York, New York | |