**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| VESTEY GROUP LIMITED,<br><br>                  Petitioner,<br><br>     v.<br><br>BOLIVARIAN REPUBLIC OF<br>VENEZUELA,<br><br>                  Respondent. | Civil Action No. 1:18-cv-01456-TFH |

**RESPONDENT BOLIVARIAN REPUBLIC OF VENEZUELA'S
CONSENT MOTION FOR EXTENSION OF STAY**

Respondent Bolivarian Republic of Venezuela (the "Republic") respectfully moves the Court, with the consent of Petitioner, for an extension of the stay in this action until December 4, 2020 to allow the parties to complete the documentation of a tentative agreement for the resolution of this matter.  The Republic submits the following in support of its motion:

1. On July 17, 2020, the Court ordered the Republic to advise the Court by August 6, 2020 whether it intends to enter an appearance in the above-captioned case;

2. Counsel for the Republic entered their appearances on August 6, 2020 and August 10, 2020 (ECF Nos. 16, 21-22);

3. On October 9, 2020, the Court approved the Republic's consent motion for a stay until November 5, 2020;

4. The parties are continuing to discuss the terms of an agreement they have tentatively reached for the resolution of this matter; and

5.     Petitioner has consented to the Republic's requested stay.

Accordingly, the Republic respectfully requests that the Court grant a stay of all proceedings in this case until December 4, 2020.

/s/ Joseph E. Neuhaus
_____

Joseph E. Neuhaus (*pro hac vice*)
Sergio J. Galvis
James L. Bromley (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
neuhausj@sullcrom.com
galviss@sullcrom.com
bromleyj@sullcrom.com

Dated:   November 5, 2020
               New York, New York

/s/ Judson O. Littleton
_____

Judson O. Littleton
(D.C. Bar No. 1027310)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W. Suite 700
Washington, District of Columbia, 20006
Telephone: (202) 956-7500
Facsimile:  (202) 293-6330

*Attorneys    for    Respondent    Bolivarian Republic of Venezuela*